**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7390**

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

      v.

GREGORY LAWRENCE TROPEA,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (4:13-cr-00075-RGD-DEM-1)

Submitted:  October 18, 2016          Decided:  November 4, 2016

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gregory Lawrence Tropea, Appellant Pro Se.  Kevin Patrick Hudson, Assistant United States Attorney, Norfolk, Virginia; Lisa Rae McKeel, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Lawrence Tropea appeals the district court's orders denying his motion for transcripts at government expense and his motion for reconsideration.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Tropea, No. 4:13-cr-00075-RGD-DEM-1 (E.D. Va. July 31 & Aug. 18, 2015).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although "the Federal Rules of Criminal Procedure do not specifically provide for motions for reconsideration," Nilson Van & Storage Co. v. Marsh, 755 F.2d 362, 364 (4th Cir. 1985), we have acknowledged that, in certain circumstances, district courts have the inherent authority to decide motions for reconsideration in criminal cases.  United States v. Goodwyn, 596 F.3d 233, 236 (4th Cir. 2010).

2